IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN GINTHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. ) | Civil Action No. 09 - 921<br><br>Judge Terrence F. McVerry<br>Magistrate Judge Lisa Pupo Lenihan<br><br>Doc. Nos. 10, 12 |

## **MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on July 15, 2009, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (Doc. No. 15), filed on May 13, 2010, recommended that Plaintiff's Motion for Summary Judgment (Doc. No. 10) be denied, Defendant's Motion for Summary Judgment (Doc. No. 12) be granted, and the decision of the Commissioner of Social Security denying an award of disability insurance benefits and supplemental security income be affirmed. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections to the Report and Recommendation have been filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 2nd day of June, 2010,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** the decision of the Commissioner of Social Security denying an award of disability insurance benefits and supplemental security income be **AFFIRMED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan, dated May 13, 2010, is adopted as the opinion of the Court.

 s/ Terrence F. McVerry
TERRENCE F. McVERRY
United States District Judge

cc: All Counsel of Record
*Via Electronic Mail*